No. 2251. — EL PUEBLO, APDO., v. CRUZ, APLTE. — C. D. Ponce. Abril 24, 1924. No habiéndose aportado evidencia alguna por parte del Pueblo tendente a demostrar la imputación contenida en la denuncia de que la acusada "sin ser médico examinada" ejerció como tal, vista la ley y la jurisprudencia establecida por esta corte en *El Pueblo* v. *Fajardo*, 18 D.P.R. 465, se revocó la sentencia y se absolvió a la acusada.

No. 2826. — RIVERA, APLTE., v. PALATINE INSURANCE Co., LTD., APDA.—C. D. Mayagüez. Abril 25, 1924. Cobro de dinero. Denegada la reconsideración solicitada por aparecer de la moción del apelante que la Ley No. 66, "Proveyendo lo necesario para la incorporación de compañías de seguros del país y para regular el negocio de seguros en Puerto Rico", fué aprobada en julio 16, 1921, o sea en fecha posterior a diciembre 14, 1920, en que la apelante celebró el contrato de seguro contra incendio con la demandada y al día 24 de mayo, 1921, en que ocurrió el siniestro.

No. 2827.—J. CASABLANCA, S. EN C., APLTE. v. PALATINE INSURANCE Co., LTD., APDA. — C. D. Mayagüez. Abril 25, 1924. Cobro de dinero. Denegada la reconsideración solicitada por aparecer de la moción de la apelante que la Ley No. 66, "Proveyendo lo necesario para la incorporación de compañías de seguros del país y para regular el negocio de seguros en Puerto Rico", fue aprobada en julio 16, 1921, o sea en fecha posterior a diciembre 10, 1920, en que la apelante celebró el contrato de seguro y a junio 16, 1921, en que ocurrió el incendio.

No. 2246.—EL PUEBLO, APDO., v. MORALES, APLTE.—C. D. Ponce. Abril 29, 1924. Siendo la prueba contradictoria y habiendo decidido el conflicto la corte sentenciadora sin que se haya demostrado que al actuar así lo hiciera movida por pasión, prejuicio o parcialidad o que cometiera error manifiesto, *se confirma la sentencia.*